IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Johnson, Michael D

Printed: 02/24/09

Case Number: 08 B 06860
Judge: Wedoff, Eugene R
Filed: 3/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: January 9, 2009
Confirmed: August 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,075.64 |  |
| Secured: |  | 1,418.62 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 520.88 |
| Trustee Fee: |  | 136.14 |
| Other Funds: |  | 0.00 |
| Totals: | 2,075.64 | 2,075.64 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 520.88 |
| 2. | Triad Financial Services | Secured | 17,765.15 | 1,418.62 |
| 3. | Monterey Collection Service | Unsecured | 20.80 | 0.00 |
| 4. | Triad Financial Services | Unsecured | 0.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 312.50 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 111.95 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 60.18 | 0.00 |
| 8. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 9. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 10. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 11. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 13. | Monterey Collection Service | Unsecured |  | No Claim Filed |
| 14. | Internal Revenue Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,744.58 | $ 1,939.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 56.47 |
| 6.6% | 79.67 |
|  | $ 136.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Michael D

Printed: 02/24/09

Case Number: 08 B 06860
Judge: Wedoff, Eugene R
Filed: 3/22/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*